**Shawn C. HAYNES, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 58886.**

Missouri Court of Appeals, Western District.

April 10, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 29, 2001.

Application for Transfer Denied June 26, 2001.

Sarah N. Weber, Asst. Public Defender, Kansas City, MO., for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Susan L. Brown, Asst. Atty. Gen., Jefferson City, MO., for Respondent.

Before ELLIS, P.J., LOWENSTEIN and BRECKENRIDGE, J.J.

### ORDER

PER CURIAM.

Appellant was convicted of one count of forgery. He appeals from his Rule 24.035 motion, which was denied without an evidentiary hearing. Because this court finds that Appellant's guilty plea was made knowingly and voluntarily, the judgment of the trial court is affirmed. Rule 84.16(b).